zBrian P. Walter, Bar No. 171429
bwalter@lcwlegal.com
Geoffrey S. Sheldon, Bar No. 185560
gsheldon@lcwlegal.com
Ingrid B. Cobb, Bar No. 178859
icobb@lcwlegal.com
T. Oliver Yee, Bar No. 237057
oyee@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA  90045
Telephone:   (310) 981-2000
Facsimile:   (310) 337-0837

Carmen A. Trutanich, City Attorney, Bar No. 86629
Daniel Aguilera, Deputy City Attorney, Bar No. 108159
LOS ANGELES CITY ATTORNEY'S OFFICE
200 North Main Street, Room 700, City Hall East
Los Angeles, CA 90012-4131
Telephone:  (213) 978-8286
Facsimile:  (213) 978-8216

Attorneys for Defendant
CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NOLAN,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF LOS ANGELES and DOES 1 through 10,<br><br>            Defendant. | Case No.  CV 03-2190 GAF (AJWx)<br><br>[Assigned to the Honorable Gary A. Feess, Courtroom 740]<br><br>**PROTECTIVE ORDER FOR PRODUCTION OF DOCUMENTS** |

Having considered the parties' Stipulation Re: Protective Order for Production of Documents ("Stipulation"), and good cause appearing, the Court orders as follows:

1. That all documents produced by Defendant in discovery, including but not limited to, documents produced and/or identified in Defendant's initial

416449.1 LO160-026

[PROPOSED] PROTECTIVE ORDER FOR PRODUCTION OF DOCUMENTS

1  disclosures, supplemental disclosures, and responses to Plaintiffs' written discovery
2  requests that contain a third party's private, confidential information, including but
3  not limited to, third parties' names, phone numbers, addresses, social security
4  numbers, arrest information, discipline, wages and similar information, some of
5  which may be protected by California Penal Code sections 832.5 and 832.7, and
6  California Evidence Code section, 1040 *et seq.,* shall be kept strictly confidential
7  and may only be examined by the attorneys for the parties, their agents, employees,
8  consultants, witnesses, court reporters, deponents, the parties themselves, and/or the
9  Court, and only in connection with this subject litigation, and shall not be published
10 to any third parties or used in connection with any other litigation.

11     2.    That in the event that either party uses such documents at trial or for
12 pre-trial motion, or any other motion or filing, the parties may file protected
13 documents so long as all protected information of third parties is redacted. Either
14 party may seek a protective order to place such documents under seal or have them
15 stricken based on failure to redact protected information.

16     3.    After the conclusion of this litigation, the parties will return all
17 documents subject to this Stipulation within 45 calendar days without awaiting the
18 other parties' request.

19 IT IS SO ORDERED.

22 DATED: 10/26/10

_____
HONORABLE ANDREW J. WISTRICH
Judge of the United States District Court

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045

416449.1 LO160-026     2     [PROPOSED] PROTECTIVE ORDER FOR PRODUCTION OF DOCUMENTS