1  Greg K. Hafif (SBN 149515)
   E-mail: ghafif@hafif.com
2  Michael G. Dawson (150385)
   E-mail: mgdawson@hafif.com
3  **LAW OFFICES OF HERBERT HAFIF, APC**
   269 W. Bonita Avenue
4  Claremont, California 91711-4784
   Telephone:  (909) 624-1671
5  Facsimile:  (909) 625-7772

6  Attorneys for Plaintiff JAMES NOLAN,
   individually and on behalf of others
7  similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES NOLAN, | Case No.: CV-03-2190 GAF (AJWx) |
| Plaintiff, | |
| vs. | **STIPULATED JUDGMENT AND ORDER** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Having considered the Settlement Agreement and Release between plaintiffs Roy Ballesteros, Jason Beatty, Robert Calderon, Harold Cox, William Dougherty, Ietia Eston, Ellis Imaizumi, Rick Johnson, Johnnie Jones, Helen Lopez, Samuel Earl Mark, James J. May, Jr., Leonard Miller, Kinard Moffatt, Martha Moran, Hubert Nino, James Nolan, Robert Nowak, Juan Santos, Oscar Winslow, and Johnnie Zamora ("Plaintiffs") and defendant City of Los Angeles ("Defendant"), as well as the Jury Verdict entered on April 22, 2011 as to Plaintiffs Jason Beatty, Helen Lopez, Samuel Earl Mark, and James Nolan ("Trial Plaintiffs"), and the entire record in the above-referenced matter, and upon joint application of Plaintiffs and Defendant, by and through their attorneys of record:

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

2    1.   On or about April 12, 2011 a jury trial in this matter commenced. Plaintiffs Jason Beatty, Helen Lopez, Samuel Earl Mark and James Nolan were represented by Greg K. Hafif and Fenja Klaus of the Law Offices of Herbert Hafif and defendant City of Los Angeles was represented by Brian Walter and Geoffrey Sheldon of Liebert Cassidy Whitemore.  At the conclusion of the two week trial, the Jury issued the "Special Interrogatories and Verdict Form for Plaintiffs James Nolan, Helen Lopez, Samuel Mark and Jason Beatty" attached hereto as Exhibit "A" (Docket No. 900).  Based upon this Verdict, plaintiffs and defense counsel entered into settlement discussions, of which a Settlement Agreement and Release was negotiated.

3    2.   The Court hereby approves the terms of the Settlement Agreement and Release as fair, reasonable, appropriate, and in accordance with law, and hereby incorporates by reference herein the terms of such Settlement Agreement and Release attached hereto as Exhibit "B";

4    3.   Consistent with said Settlement Agreement and Release, this Action is hereby dismissed with prejudice as to Plaintiffs Roy Ballesteros, Jason Beatty, Robert Calderon, Harold Cox, William Dougherty, Ietia Eston, Ellis Imaizumi, Rick Johnson, Johnnie Jones, Helen Lopez, Samuel Earl Mark, James J. May, Jr., Leonard Miller, Kinard Moffatt, Martha Moran, Hubert Nino, James Nolan, Robert Nowak, Juan Santos, Oscar Winslow, and Johnnie Zamora, *only*, provided, however that the Court will retain jurisdiction for the purpose of enforcing compliance with the terms of the Settlement Agreement and Release, any and all motions for attorney's fees and costs, and this Final Order and Judgment; and

///

4. That plaintiffs O'Neil Carter, Angela Chu, Tom Danzek and Henry Quon have not agreed to the Settlement Agreement and Release, and therefore the Court shall retain jurisdiction for all the above four (4) named Plaintiffs.

Dated: September 6, 2013          LAW OFFICES OF HERBERT HAFIF


                                  By:____/s/ Greg Hafif_____
                                      Greg K. Hafif
                                      Attorneys for Plaintiffs


Dated: September 6, 2013          LIEBERT CASSIDY WHITMORE


                                  By: ____/s/ Brian Walter_____
                                      Brian Walter
                                      Attorneys for Defendant
                                      City of Los Angeles


**IT IS SO ORDERED:**

Dated: September 17, 2013          _____
                                   Honorable Gary A. Feess
                                   United States District Court Judge