LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 03-02190 GAF (AJWx) | Date | October 15, 2013 |
|---|---|---|---|
| Title | James Nolan v. Los Angeles City of, et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers)

### ORDER RE: PLAINTIFFS' EX PARTE APPLICATION

The remaining four plaintiffs in this case apply ex parte for a continuance of the trial date due to the medical condition of their counsel, Gregory Petersen. The Court has received a declaration from counsel's wife, but not from any medical provider. Before the Court will rule on the application, it must be provided with detailed information from Mr. Petersen's treating physicians in the form of a declaration with supporting exhibits that reports on Mr. Petersen's recent surgeries, his current diagnosis, and his prognosis, including his anticipated ability to conduct a one week trial in federal court in late January 2014. The medical information should be submitted in camera under seal.

**IT IS SO ORDERED.**

cc: Hon. Dickran Tevrizian (Ret.)