LINK: 970

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 03-2190 GAF (AJWx) | Date | November 26, 2013 |
|---|---|---|---|
| Title | James Nolan v. City of Los Angeles, et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

**ORDER VACATING HEARING**

The Court has received Plaintiffs' motions for attorney's fees and costs. (Docket Nos. 970, 981.) The Court takes this matter under submission. Accordingly, the hearing previously scheduled for December 2, 2013, is **VACATED**. Should the Court determine that argument of counsel is required for the resolution of this motion, a new hearing will be scheduled. Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.

**IT IS SO ORDERED.**